**UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT**

Credit Acceptance Corporation    v.    Westlake Service LLC

No. 16-1272

**ENTRY OF APPEARANCE**

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: WESTLAKE SERVICES, LLC; NOWCOM CORP; AND
Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☒ Appellant    ☐ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

Name: John van Loben Sels
Law Firm: Fish & Tsang LLC
Address: 333 Twin Dolphin Drive, Suite 220
City, State and Zip: Redwood City, CA 94065
Telephone: (650) 517-9801
Fax #: (650) 517-9898
E-mail address: jvanlobensels@fishiplaw.com

Statement to be completed by counsel only (select one):

☒ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☐ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 2006

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):
☐ Yes    ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date December 22, 2015    Signature of pro se or counsel /s/

cc: _____

Reset Fields

FORM 30. Certificate of Service

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

# CERTIFICATE OF SERVICE

I certify that I served a copy on counsel of record on  December 22, 2015
by:

☐ U.S. Mail

☐ Fax

☐ Hand

☒ Electronic Means (by E-mail or CM/ECF)

| John van Loben Sels | /s/ John van Loben Sels |
|---|---|
| Name of Counsel | Signature of Counsel |

| | |
|---|---|
| Law Firm | Fish & Tsang LLC |
| Address | 333 Twin Dolphin Drive, Suite 220 |
| City, State, Zip | Redwood City, CA  94065 |
| Telephone Number | (650) 517-9801 |
| Fax Number | (650) 517-9898 |
| E-Mail Address | jvanlobensels@fishiplaw.com |

NOTE: For attorneys filing documents electronically, the name of the filer under whose log-in and password a document is submitted must be preceded by an "/s/" and typed in the space where the signature would otherwise appear. Graphic and other electronic signatures are discouraged.

Reset Fields